JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVILLON LLC,<br><br>                              Plaintiff,<br><br>    v.<br><br>PEGPACK, LLC and<br>NIKITA BARANOVSKY,<br><br>                            Defendants. | Case No. 2:24-cv-04055<br><br>Hon. Percy Anderson<br><br>**ORDER REGARDING JOINT STIPULATION OF DISMISSAL**<br><br>Complaint Filed: March 10, 2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

278773393

Having read and considered the Joint Stipulation of Dismissal submitted by Plaintiff PAVILLON LLC and Defendants PEGPACK, LLC, and NIKITA BARANOVSKY (collectively "The Parties"), the Court GRANTS The Parties' Joint Stipulation of Dismissal pursuant to Federal Rule 41(a)(2).

IT IS SO ORDERED.

Dated: September 06, 2024

_____
Percy Anderson
United States District Judge

278773393